**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL RICHARD LOMBARD,

       Plaintiff,

                              Case No. 11-10033

v.                              Hon. Gerald E. Rosen

                              Magistrate Judge David R. Grand

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____ March 13, 2012 _____

PRESENT:  Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

On February 13, 2012, Magistrate Judge David R. Grand issued a Report and

Recommendation ("R & R") recommending that the Court grant in part Plaintiff Michael

Richard Lombard's motion for summary judgment, deny the Defendant Commissioner of

Social Security's motion for summary judgment, and remand this case for further

proceedings under sentence four of 42 U.S.C. § 405(g).  No objections have been filed to

the R & R.  Upon reviewing the R & R, the parties' underlying cross-motions for

summary judgment, and the record as a whole, the Court fully concurs in the thorough

analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's February 13, 2012 Report and Recommendation is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Plaintiff's motion for summary judgment (docket #8) is GRANTED IN PART, to the extent that the Defendant Commissioner's decision denying benefits is reversed and this case is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Finally, IT IS FURTHER ORDERED that Defendant's motion for summary judgment (docket #11) is DENIED.

s/Gerald E. Rosen_____
Chief Judge, United States District Court

Dated:  March 13, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 13, 2012, by electronic and/or ordinary mail.

s/Ruth A. Gunther_____
Case Manager

2