UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL RICHARD LOMBARD,

      Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

Case No. 11-10033
Hon. Gerald E. Rosen
Magistrate Judge David R. Grand

# ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       March 13, 2012

PRESENT: Honorable Gerald E. Rosen
               Chief Judge, United States District Court

On February 13, 2012, Magistrate Judge David R. Grand issued a Report and Recommendation ("R & R") recommending that the Court grant in part Plaintiff Michael Richard Lombard's motion for summary judgment, deny the Defendant Commissioner of Social Security's motion for summary judgment, and remand this case for further proceedings under sentence four of 42 U.S.C. § 405(g).  No objections have been filed to the R & R.  Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's February 13, 2012 Report and Recommendation is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Plaintiff's motion for summary judgment (docket #8) is GRANTED IN PART, to the extent that the Defendant Commissioner's decision denying benefits is reversed and this case is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Finally, IT IS FURTHER ORDERED that Defendant's motion for summary judgment (docket #11) is DENIED.

                                  s/Gerald E. Rosen
                                  Chief Judge, United States District Court

Dated:  March 13, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 13, 2012, by electronic and/or ordinary mail.

                                  s/Ruth A. Gunther
                                  Case Manager